No. 1447. KERSTEN, DOING BUSINESS AS KERSTEN MOTOR CO., v. UNITED STATES. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Ralph Carr* for petitioner. ▇

No. 1450. FRIEDMAN'S EXPRESS, INC. ET AL. v. LOEB, TRUSTEE. June 16, 1947. Petition for writ of certiorari to the Court of Appeals of New York denied. *Emmet L. Holbrook* for petitioners. ▇

No. 987. TWYEFFORT, INC. v. WALLING, WAGE & HOUR ADMINISTRATOR. June 16, 1947. McComb substituted as the party respondent. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *William H. Timbers* for petitioner. *Acting Solicitor General Washington, William S. Tyson, Bessie Margolin* and *Morton Liftin* for respondent. ▇

No. 1020. KROL v. RAGEN, WARDEN. June 16, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1022. BOLSTER v. MICHIGAN. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied. Petitioner *pro se. Eugene F. Black,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.